USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/01/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NASSER SABER,
Plaintiff,

-against-

NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES,

Defendant.

------------------------------------------------------------X

**JUDGMENT**

15 Civ. 5944 (LGS)

After a trial before the Honorable Lorna G. Schofield, United States District Judge, the jury returned a verdict in favor of Plaintiff on December 19, 2017 with an award of $2.5 million in compensatory damages. On January 16, 2018, Defendant filed a motion for judgment as a matter of law, or remittitur of the jury's compensatory damage award, or a new trial. On March 14, 2018, Plaintiff filed a motion for entry of judgment for damages, equitable relief and reasonable attorney's fees and costs. On July 20, 2018, the Court issued an Opinion & Order denying Defendant's motion for judgment as a matter of law, applying remittitur, and granting Defendant's motion for a new trial unless Plaintiff accepted the damage award in the remitted amount of $125,000. On July 24, 2018, Plaintiff accepted the damage award in the remitted amount. On July 27, 2018, the Court issued an Opinion & Order awarding Plaintiff $121,231 in back pay with pre- and post-judgment interest; $4,152 in additional taxes, $185,926 in discounted front pay; $168,167 in discounted pension loss; and $13,092.19 in costs with post-judgment interest on all of the foregoing. In its July 22, 2018 Opinion & Order, the Court also

granted Plaintiff's request for injunctive relief in the form of rescission of negative performance reviews and notice of discipline, and denied Plaintiff's request for reasonable attorneys fees without prejudice to renewal of such request after the conclusion of any appellate practice.

Therefore, it is now hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the Plaintiff in the following amounts at this time:

$125,000 in compensatory damages;

$121, 231 in back pay from July 2012 through December 2017;

$6,779 in prejudgment interest on the back pay at the rate of 2.43%[1] ;

$4,152 in additional taxes;

$185,926 in discounted front pay from 2018 through 2023;

$168,167 in discounted pension loss;

$13,092.19 in costs; and

Post-judgment interest on all of the above at the rate of 2.43%.

Dated: New York, New York
August 1, 2018

Approved;

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Ruby J. Krajick
Clerk of Court

[1] https://www.federalreserve.gov/releases/h15/