UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NASSER SABER,

                        Plaintiff,

                  15-cv-5944 (LGS)

          -against-                      **NOTICE OF APPEAL**

NEW YORK STATE DEPARTMENT OF
FINANCIAL SERVICES,

                        Defendant.
------------------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendant, the New York State Department of Financial Services, hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment of the District Court, dated August 1, 2018, and electronically filed on August 2, 2018 (ECF No. 193), and from each and every opinion, order, and ruling that merged into that Judgment, including but not limited to the Opinion and Order dated March 10, 2017 (ECF No. 64), the Order dated December 5, 2017, and electronically filed on December 7, 2017 (ECF No. 132), the Opinion and Order of the District Court dated July 20, 2018 (ECF No. 188), and the Opinion and Order of the District Court dated July 27, 2018 (ECF No. 190).


Dated: New York, New York
      August 31, 2018

                               Respectfully submitted,

                               BARBARA D. UNDERWOOD
                               Attorney General of the State of New York
                               *Attorney for Defendant*
                               *Department of Financial Services*
                               By:

                               _____/s/_____
                               Andrew S. Amer, Special Litigation Counsel
                               Alissa S. Wright, Assistant Attorney General
                               28 Liberty Street
                               New York, New York 10005
                               (212) 416-6127/6035