```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/30/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NASSER SABER,                                               :
                                                            :
                                    Plaintiff,              :      15 Civ. 5944 (LGS)
                                                            :
                  -against-                                 :      **ORDER**
                                                            :
NEW YORK STATE DEPARTMENT OF                                :
FINANCIAL SERVICES.                                         :
                                    Defendant.              :
------------------------------------------------------------X

LORNA G. SCHOFIELD, United States District Judge:

    WHEREAS, on September 6, 2019, Judge Aaron issued a Report and Recommendation granting in part Plaintiff's motion for attorneys' fees and recommending that Plaintiff be awarded the sum of $676,950 in attorneys' fees (Dkt. No. 219);

    WHEREAS, as stated in Judge Aaron's September 6, 2019, Report and Recommendation, the parties "have fourteen (14) days (including weekends and holidays) service of this Report and Recommendation to file written objections" (Dkt. No. 219);

    WHEREAS, no timely objection was filed;

    WHEREAS, in reviewing a Report and Recommendation of a magistrate judge, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Poulos, v. City of New York*, No. 14 Civ. 3023, 2018 WL 3745661, at *1 (S.D.N.Y. Aug. 6, 2018) (internal quotation marks omitted);

    WHEREAS, the Court finds no clear error on the face of the record. It is hereby

**ORDERED** that the Report and Recommendation is adopted. For the reasons stated in the Report and Recommendation, Plaintiff's motion is GRANTED IN PART. Plaintiff is awarded the sum of $676,950 in attorneys' fees.

The Clerk of Court is respectfully directed to close the case and all pending motions.

Dated: September 30, 2019
       New York, New York

                                                          **LORNA G. SCHOFIELD**
                                               **UNITED STATES DISTRICT JUDGE**